CAUSE NO. 21-70009

=====================================================

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

=====================================================

RUBEN GUTIERREZ
Plaintiff - Appellant,
V.
LUIS V. SAENZ, ET AL
Defendants - Appellees

=====================================================

On Appeal from the United States District Court
For the Southern District of Texas – Brownsville Division
Civil Action No. 1:19-CV-00185

=====================================================

**APPELLANTS UNOPPOSED MOTION TO WITHDRAW
ATTORNEY RICARDO J. NAVARRO
AS COUNSEL FOR APPELLANT POLICE CHIEF FELIX SAUCEDA**

=====================================================

May It Please The Court:

NOW COMES undersigned defense counsel, RICARDO J. NAVARRO and respectfully move this Court for leave to approve to withdraw as counsel for APPELLANT POLICE CHIEF FELIX SAUCEDA (hereafter "APPELLANT CHIEF SAUCEDA").

Attorney Guillermo Samuel Trevino has filed Notice of Appearance and Designation of Lead Counsel on behalf of APPELLANT CHIEF SAUCEDA.

## CONCLUSION

Therefore, undersigned counsel RICARDO J. NAVARRO hereby respectfully requests this Honorable Court grant this Motion to Withdraw Associate him as an attorney of record in this matter for all purposes.

SIGNED on the27th day of SEPTEMBER, 2022.

Respectfully submitted,

**DENTON NAVARRO ROCHA BERNAL & ZECH**
**A Professional Corporation**
701 E. Harrison Ste 100
Harlingen, Texas 78550
956/421-4904
956/421-3621

By: */S/ Ricardo J. Navarro*
RICARDO J. NAVARRO
State Bar No. 14829100
So. District ID No. 5953
rjnavarro@rampagelaw.com

**COUNSEL FOR DEFENDANT – APPELLANT FELIX SAUCEDA, OFFICIALLY AS POLICE CHIEF FOR THE CITY OF BROWNSVILLE, TEXAS**

## CERTIFICATE OF CONFERENCE

This is to certify that undersigned counsel Ricardo J. Navarro conferred with other counsels of record in this matter, and advised no objection to said motion.

By: */S/ Ricardo J. Navarro*
RICARDO J. NAVARRO

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of this document has been served on the persons or parties identified below in accordance with one or more of the recognized methods of service by the Federal Rules of Civil Procedure on the 27TH day of SEPTEMBER, 2022.

| | |
|---|---|
| Peter J. Walker<br>Anne Fisher<br>Jess Tsang<br>Matthew C. Lawry<br>Federal Community Defender Office<br>for the Eastern Dist. Of Pennsylvania<br>601 Walnut Street, Ste. 545 West<br>Philadelphia, PA 19106<br>peter_walker@fd.org; Annie_fisher@rd.org<br>Jessica_tsang@fd.org; Matthew_lawry@fd.org<br>ATTORNEY FOR PLAINTIFF RUBEN GUTIERREZ | **Via E-Filing Method** |
| Richard w. Rogers, III<br>Attorney At Law<br>710 Buffalo Street, Ste. 202<br>Corpus Christi, Texas 78401<br>rwrogersiii@aol.com<br>ATTORNEY FOR PLAINTIFF RUBEN GUTIERREZ | **Via E-Filing Method** |
| Edward A. Sandoval<br>Cameron County DA's Office<br>964 E. Harrison Street, 4th Floor<br>Brownsville, Texas 78520<br>Edward.sandoval@co.cameron.tx.us<br>ATTORNEY FOR LUIS V. SAENZ | **Via E-Filing Method** |

Leah J. O'Leary  **Via E-Filing Method**
Amy L. Hunsucker Prasad
Edward L. Marshall
Jefferson D. Clendenin
Office of the Attorney General
Law Enforcement Defense Division
P.O. Box 12548
Austin, Texas 78711
Leah.oleary@oag.texas.gov; amy.prasad@aog.texas.gov
caddocket@aog.texas.gov; jay.clendenin@oag.texas.gov
ATTORNEY FOR BRYAN COLLIER, BOBBY LUMPKIN
BILLY LEWIS AND DENNIS CROWLEY

By: */S/ Ricardo J. Navarro*
RICARDO J. NAVARRO

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because this motion contains 87 words, excluding the accompanying documents authorized by Fed. R. App. P. 27(a)(2)(B). This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Word Perfect in Times New Roman font size 14.

By: */S/ Ricardo J. Navarro*
RICARDO J. NAVARRO