# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
May 29, 2024
Lyle W. Cayce
Clerk

No. 21-70009

Ruben Gutierrez,

*Plaintiff—Appellee,*

*versus*

Luis V. Saenz; Felix Sauceda, *Chief, Brownsville Police Department,*

*Defendants—Appellants.*

───────────────────────

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:19-CV-185

───────────────────────

ON PETITION FOR REHEARING
AND REHEARING EN BANC

Before Southwick, Haynes, and Higginson, *Circuit Judges.*

Per Curiam:

The petition for panel rehearing is DENIED. Because no member of the panel or judge in regular active service requested that the court be polled on rehearing en banc (Fed. R. App. P. 35 and 5th Cir. R. 35), the petition for rehearing en banc is DENIED.