# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

December 03, 2024

Mr. Scott Harris  
Supreme Court of the United States  
One First Street, N.E.  
Washington, DC 20543

    No. 21-70009    Gutierrez v. Saenz  
                         USDC No. 1:19-CV-185  
                         Supreme Court Case No. 23-7809

Dear Mr. Harris,

Pursuant to your recent request, I write to advise the appellate court record can be accessed on PACER through the court's website (www.ca5.uscourts.gov).

By copy of this letter, the Clerk of the United States District Court for the Southern District of Texas is directed to transmit their record to the United States Supreme Court.

                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         By: _____  
                         Mary Frances Yeager, Deputy Clerk  
                         504-310-7686

cc:  Ms. Lena Cherie Chaisson-Munoz  
     Mr. Jefferson David Clendenin  
     Mr. Ari Cuenin  
     Ms. Anne Fisher  
     Mr. Nathan Ochsner  
     Mr. Richard W. Rogers III  
     Mr. Edward A. Sandoval  
     Mr. Guillermo Samuel Trevino  
     Mr. Peter James Walker